**STIP**
ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for Defendant and Counter-Claimant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY AND PAULA BURLEY AND PAUL ACKERMAN AND JUDY ACKERMAN AS TRUSTEES OF THE ACKERMAN FAMILY TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-00272-HDM-WGC<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION AND**<br>**ORDER DISMISSING THE ENTIRE ACTION** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Counter-Claimant,<br><br>vs.<br><br>TROY AND PAULA BURLEY AND PAUL | |

1

| | |
|---|---|
| 1 | ACKERMAN AND JUDY ACKERMAN AS TRUSTEES OF THE ACKERMAN FAMILY TRUST; CHARLES AND CHARLOTTE COOPER AS TRUSTEES OF THE COOPER LIVING TRUST; PETER BRUNT AND JANE MELLORS; DAVID AND MARTINA CARROLL; GEORGE AND DEBRA FINCHER; ALLEN AND TINA IFTIGER; RICHARD AND RHONDA MUSCI AS CO-TRUSTEES OF THE RICHARD AND RHONDA MUSCI LIVING TRUST; STEVEN AND MENDY ELLIOTT; DAVID AND CLAUDIA CROSS AS TRUSTEES OF THE CROSS FAMILY TRUST; NELLIE M. RUSSELL; RONALD AND DONNA KAY SWANSON; GERALDINE V. PAIGE AS TRUSTEE OF THE 1993 VERNON AND GERALDINE V. PAIGE FAMILY TRUST; VIRGINIA FURUMOTO AS TRUSTEE OF THE NOBUO AND VIRGINIA FAMILY TRUST; GORDON AND GINEVRA RAGAN AS TRUSTEES OF THE RAGAN FAMILY TRUST; KEVIN AND MARJORIE BURNETT; DONALD AND JOANNE COUDRIET AS TRUSTEES OF THE COUDRIET FAMILY TRUST; ROBERT DOTSON AND RONETT A CLARK; JASPER AND CARRIE VAN SOLINGE; DION GIOLITO; TARA AND ROBERT JORGENSEN; JAMES RITTENHOUSE AND ANN NYGREN AS TRUSTEES OF THE RITTENHOUSE/ NYGREN FAMILY TRUST; LAURIE S. PATTISON AS TRUSTEE OF THE LAURIE S. PATTISON TRUST; MICHAEL AND BONNIE PETTI; FAZLEY E. CHOWDHURY AND SYEDA I. JAHAN, as assignees of California Traditions, Inc. dba Silverstar Development and subrogees of Clarendon American Insurance Company, and ROES 1 through 20, inclusive<br><br>Counter-Defendants. |

///

///

2

STIPULATION AND ORDER FOR DISMISSAL  CASE NO. 3:15-cv-00272-HDM-WGC

IT IS HEREBY STIPULATED by and between Plaintiffs and Counter-Defendants TROY AND PAULA BURLEY, ET AL. and Defendant and Counter-Claimant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. by and through their counsel of record that all claims and counterclaims in the above-captioned action are dismissed with prejudice with all parties to bear their own fees and costs.

DATED: February 22, 2018

MADDOX, SEGERBLOM & CANEPA, LLP

By: _____
ROBERT C. MADDOX, ESQ.
Nevada Bar No. 4002
EVA G. SEGERBLOM, ESQ.
Nevada Bar No. 10749
ARDEA G. CANEPA, ESQ.
Nevada Bar No. 12345
10403 Double R Boulevard
Las Vegas, NV 89521
rmaddox@msclawyers.com
esegerblom@msclawyers.com
acanepa@msclawyers.com
Attorneys for PLAINTIFFS

DATED: February 23, 2018

HEROLD & SAGER

By: _____
ANDREW D. HEROLD, ESQ.
Nevada Bar No 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com
Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## ORDER

IT IS SO ORDERED that all claims and counterclaims in the above-captioned action are dismissed with prejudice with all parties to bear their own fees and costs.

Dated this 23rd day of February, 2018.

*(signed) Howard D. McKibben*
UNITED STATES DISTRICT COURT JUDGE

4
STIPULATION AND ORDER FOR DISMISSAL    CASE NO. 3:15-cv-00272-HDM-WGC